

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

50 Main Street – Suite 1100
White Plains, New York 10606

July 25, 2023

**BY EMAIL**

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

     Re:    *United States v. Jose Lema,* 23 Mag. 5706

Dear Judge Reznik:

     The Government respectfully requests that the above-referenced complaint be unsealed. The defendant was arrested this morning.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: Margery B. Feinzig
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.
7/25/2023